## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

BRANDON JERRIOD JOHNSON,

    Plaintiff,

    v.

FIRST ADVANTAGE
BACKGROUND SERVICES CORP.,

    Defendant.

Case No. 1:24-cv-01710-ELR-CCB

## **JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff BRANDON JERRIOD JOHNSON and Defendant FIRST ADVANTAGE BACKGROUND SERVICES CORP., by their attorneys and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate and agree that this action and all claims asserted therein shall be dismissed without prejudice.  Each party shall bear its own attorneys' fees and costs.

Respectfully submitted,

| BRANDON JERRIOD JOHNSON | FIRST ADVANTAGE BACKGROUND SERVICES CORP. |
|---|---|
| */s/ Devin H. Fok* | */s/ Esther Slater McDonald* |
| Devin H. Fok (*pro hac vice*) | Frederick T. Smith |
| devin@devinfoklaw.com | Georgia Bar No. 657575 |
| DHF LAW, P.C. | fsmith@seyfarth.com |
| 2304 Huntington Drive, Suite 210 | Esther Slater McDonald |
| San Marino, California 91108 | Georgia Bar No. 649005 |
| Telephone: (888) 651-6411 | emcdonald@seyfarth.com |
| Facsimile:  (818) 484-2023 | Connor M. Bateman |
| | Georgia Bar No. 226850 |
| Craig Edward Bertschi | cbateman@seyfarth.com |
| Georgia Bar No. 055739 | SEYFARTH SHAW LLP |
| ceb@mcraebertschi.com | 1075 Peachtree Street, N.E. |
| MCRAE BERTSCHI & COLE LLC | Suite 2500 |
| 1872 Independence Square, Ste D | Atlanta, Georgia 30309-3958 |
| Dunwoody, Georgia 30338 | Telephone: (404) 885-1500 |
| Telephone: (678) 999-1102 | Facsimile:  (404) 892-7056 |
| | |
| Attorneys for Plaintiff | Attorneys for Defendant |

Date: December 11, 2024

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

BRANDON JERRIOD JOHNSON,

    Plaintiff,

v.

FIRST ADVANTAGE
BACKGROUND SERVICES, CORP.,

    Defendant.

Case No. 1:24-cv-01710-ELR-CCB

## CERTIFICATE OF SERVICE

I hereby certify that, on December 11, 2024, I electronically filed the foregoing **JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.

*/s/  Esther Slater McDonald*
Esther Slater McDonald